IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | Civil Action No.<br><br>H-05-3811 |
| THEODORE F. LABUZAN and DEEANN S. LABUZAN, | § § § § | |
| Defendants. | § | |

### AGREED MOTION FOR JUDGMENT
### AGAINST DEFENDANT THEODORE F. LABUZAN

Plaintiff, St. Paul Fire & Marine Insurance Company (the "Surety") and Defendant Theodore F. Labuzan ("Labuzan," and together with the Surety, the "Parties"), file this motion to enter a judgment against Labuzan in favor of the Surety and to dismiss the cause with prejudice, and in support thereof, the Parties respectfully state as follows:

1. On April 3, 2010, the Parties reached an agreement in the above-referenced cause. Labuzan has agreed to a judgment against him in the amount of $5,000,000.00, with post-judgment interest to accrue at a rate of 1.54%. In addition, Labuzan has agreed to a dismissal of all claims against the Surety with prejudice.

2. Pursuant to the agreement of the Parties, the Parties request the Court enter the judgment attached hereto as Exhibit "A," render a judgment against Labuzan, dismiss all claims of Labuzan against the Surety with prejudice, and tax any costs against the party that incurred them.

## REQUEST FOR RELIEF

FOR THESE REASONS, Plaintiff St. Paul Fire & Marine Insurance Company and Defendant Theodore F. Labuzan, respectfully request this Court enter a judgment against Labuzan in the amount of $5,000,000, dismiss all claims of Labuzan against the Surety with prejudice, and tax any costs against the party that incurred them..

Respectfully submitted,

**LANGLEY WEINSTEIN HAMEL LLP**

By: /s/ Keith A. Langley
    Keith A. Langley ó Attorney in Charge
    State Bar No. 11919500
    Southern District No. 19121
    Brandon K. Bains
    State Bar No. 24050126
    Southern District No. 711977
    901 Main Street, Suite 600
    Dallas, Texas 75202
    (214) 722-7162 Telephone
    (214) 722-7161 Facsimile

**ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

Agreed:

**PAGEL, DAVIS & HILL, P.C.**

By: /s/ Martyn B. Hill
    Martyn B. Hill
    State Bar No: 09647460
    Michael A. Harris
    State Bar No. 24046030
    1415 Louisiana, 22nd Floor
    Houston, Texas 77002
    713-951-0160 Phone
    713-951-0662 Fax

**ATTORNEYS FOR DEFENDANT THEODORE F. LABUZAN**