IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | Civil Action No. |
| v. | § § | H-05- 3811 |
| THEODORE F. LABUZAN | § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

ON THIS DATE the Court considered the above-styled matter. Pursuant to an agreement of the parties, St. Paul Fire and Marine Insurance Company shall recover from and against Theodore F. Labuzan as guarantor of bonds issued on behalf of Contractor Technology, Ltd., as follows:

a) Damages: $5,000.000.00; and

b) Post-judgment interest at the rate of 1.54% per annum.

Any and all claims of Theodore F. Labuzan against St. Paul Fire and Marine Insurance Company are hereby dismissed with prejudice to the refilling of same.

This is a Final Judgment

SIGNED and ENTERED this 5th day of April, 2010.

_____
Kenneth M. Hoyt
United States District Judge

**AGREED:**

**LANGLEY WEINSTEIN HAMEL LLP**

By: _____
      Keith A. Langley – Attorney-in-Charge
      State Bar No. 11919500
      Southern District No. 19121
      Brandon K. Bains
      State Bar No. 24050126
      Southern District No. 711977
      901 Main Street, Suite 600
      Dallas, Texas 75202
      (214) 722-7162 Telephone
      (214) 722-7161 Facsimile

**ATTORNEYS FOR ST. PAUL FIRE AND MARINE INSURANCE COMPANY**

**PAGEL, DAVIS & HILL, P.C.**

By: _____
      Martyn B. Hill – Attorney-in-Charge
      State Bar No: 09647460
      Michael A. Harris
      State Bar No. 24046030
      1415 Louisiana, 22nd Floor
      Houston, Texas 77002
      713-951-0160 Phone
      713-951-0662 Fax

**ATTORNEYS FOR DEFENDANT THEODORE F. LABUZAN**